UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EUSTACE ARRINDELL, *Individually and as Administrator of the Estate of Marguerite Arrindell, deceased*,

        Plaintiff,

v.

RONALD MOSCATI, M.D.,

        Defendant.

**DECISION AND ORDER**
09-CV-165S

There being no opposition thereto, Plaintiff's Motion to Remand to state court for lack of subject-matter jurisdiction will be granted and this case remanded to the New York State Supreme Court, County of Erie.

IT HEREBY IS ORDERED, that Plaintiff's unopposed Motion to Remand (Docket No. 118) is GRANTED.

FURTHER, that the Clerk of Court is directed to TRANSFER this case to the New York State Supreme Court, County of Erie.

FURTHER, that the Clerk of Court is directed to CLOSE this case upon transfer to the New York State Supreme Court, County of Erie.

SO ORDERED.

Dated:    March 1, 2013
              Buffalo, New York

                                            /s/William M. Skretny
                                           WILLIAM M. SKRETNY
                                                 Chief Judge
                                         United States District Judge